# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

141771

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES KARL BARRON,
      Defendant-Appellant.

SC: 141771
COA: 298580
Roscommon CC: 09-005843-FH

_____/

On order of the Court, the application for leave to appeal the August 18, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

y0228